JOSEPHINE LAYER and RICHARD LAYER, Respondents, v. CONEY ISLAND HOTEL CORPORATION, Appellant.— In an action against the defendant hotelkeeper to recover damages for personal injuries of the plaintiff wife, sustained when she was struck by a closet door the lock of which was defective, and which door was moved by a draft of wind, and to recover damages by the plaintiff husband for loss of his wife's services, judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

RUTH A. E. LINDQUIST, Appellant, v. JOSEPH DANZIGER, Respondent.— The action is for false imprisonment and malicious prosecution. On the trial plaintiff voluntarily discontinued the cause of action for false imprisonment and the jury disagreed on the cause of action for malicious prosecution. Subsequently plaintiff moved to be relieved of her voluntary discontinuance. The Special Term denied the motion. Order affirmed, with ten dollars costs and disbursements. Appeal from original order dismissed. Lazansky, P. J., Davis, Johnston and Adel, JJ., concur; Young, J., dissents.

JOHN J. SIGWARD, Plaintiff, v. F. & J. LAND CO., INC., Respondent, and M. LEAVITT FLOORING CO., INC., Appellant.— Order impleading M. Leavitt Flooring Co., Inc., as a party defendant and permitting defendant F. & J. Land Co., Inc., to serve upon it a supplemental summons and an amended answer setting up a cross-complaint against it, affirmed, with ten dollars costs and disbursements; the supplemental summons and the amended answer to be served within five days from the entry of the order hereon. No opinion. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.

MORRIS TANENBAUM, Appellant, v. ELIZABETH R. NANES and GEORGE BALL, Respondents.— Action to recover commissions for services rendered in procuring the sale of real property to defendants. In order to prove that plaintiff procured the seller of the property to enter into a contract with defendants, plaintiff sought to introduce testimony of conversations with the owner of the property and her representative. It was error to have excluded these conversations. A broker's transactions with a proposed seller or buyer are admissible to show that he was performing the services to perform which he was hired. Judgment dismissing the complaint at the close of plaintiff's case reversed on the law and a new trial granted, with costs to appellant to abide the event. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.

RALPH P. THOMAS, Respondent, v. ALBERT W. BROWN, Appellant.— Order granting plaintiff's motion for an examination of the defendant for the purpose of framing his complaint affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Hagarty, Carswell, Davis and Taylor, JJ., concur; Lazansky, P. J., dissents.

ALFRED BOSER, JR., Respondent, v. AARON MOSS, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.